## UNITED STATES of America, Plaintiff–Appellee

v.

## Cristobal CERVANTES, Defendant–Appellant.

No. 13–40771

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 4, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roberto Balli, Attorney, Laredo, TX, for Defendant–Appellant.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cristobal Cervantes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Cervantes has filed a response and has requested appointment of new counsel. His motions for appointment of new counsel are DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cervantes's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.